**Theodis BROWN, Sr., Appellant,**

v.

**ST. LOUIS COUNTY CIVIL SERVICE COMMISSION, Appellee.**

No. 06–3035.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 4, 2007.

Filed: Sept. 13, 2007.

Theodis Brown, Sr., St. Louis, MO, pro se.

Michelle L. Wochner, St. Louis County Counselor's Office, Clayton, MO, for Appellee.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Theodis Brown, Sr., appeals the district court's[1] dismissal of his pro se civil complaint and denial of his motions for reconsideration. After conducting a de novo review, *see Ketchum v. City of West Memphis,* 974 F.2d 81, 82–83 (8th Cir.1992), we conclude that dismissal of the complaint was proper, and we agree with the district court that Brown's Federal Rule of Civil Procedure 59(e) motions were untimely. Accordingly, we affirm. *See* 8th Cir. R.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

47B. We also deny Brown's appellate motion.